No. 74–799. UNITED STATES v. FOSTER LUMBER CO., INC. C. A. 8th Cir. Certiorari granted.

No. 74–942. RIZZO, MAYOR OF PHILADELPHIA, ET AL. v. GOODE ET AL. C. A. 3d Cir. Certiorari granted.

No. 74–492. OHIO v. GALLAGHER. Sup. Ct. Ohio. Motion of respondent for leave to proceed in forma pauperis and certiorari granted.

No. 74–928. UNITED STATES v. DINITZ. C. A. 5th Cir. Motion of respondent for leave to proceed in forma pauperis and certiorari granted.

No. 74–5822. HAMPTON, AKA BYERS v. UNITED STATES. C. A. 8th Cir. Motion for leave to proceed in forma pauperis and certiorari granted.

No. 74–622. PEOPLE OF SAIPAN, BY GUERRERO ET AL. v. UNITED STATES DEPARTMENT OF THE INTERIOR ET AL. C. A. 9th Cir. Certiorari denied.

No. 74–649. BELLIZZI v. SUPERIOR COURT OF STANISLAUS COUNTY. Sup. Ct. Cal. Certiorari denied.

No. 74–795. CURBELO-TALVARA ET AL. v. UNITED STATES; and
No. 74–5857. ARIAS-DIAZ ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 497 F. 2d 165.